IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALFONSO GUADIANA, # 155266**                                                              **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 1:21cv163-TBM-RPM**

**CENTURION and RONALD WOODALL**                                             **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum and Opinion issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED WITH PREJUDICE** as frivolous.

**SO ORDERED AND ADJUDGED**, this the 15th day of December, 2021.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE